**FILED**
JAN - 8 2008
JAN 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



**08CR 0007**  *Felony*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE GERALDINE SOAT BROWN**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO ☒   YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   NO ☒   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO ☒   YES ☐

6) What level of offense is this indictment or information?   FELONY ☒   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO ☒   YES ☐

8) Does this indictment or information include a conspiracy count?   NO ☒   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .......... (II)                  ☐ Income Tax Fraud ....... (II)              ☐ DAPCA Controlled Substances .. (III)
   ☐ Criminal Antitrust ...... (II)            ☐ Postal Fraud ........... (II)              ☐ Miscellaneous General Offenses ... (IV)
   ☐ Bank robbery ......... (II)               ☐ Other Fraud ........... (III)              ☐ Immigration Laws ........... (IV)
   ☐ Post Office Robbery .... (II)             ☐ Auto Theft ........... (IV)                ☐ Liquor, Internal Revenue Laws .... (IV)
   ☐ Other Robbery ........ (II)               ☐ Transporting Forged Securities .. (III)    ☐ Food & Drug Laws .......... (IV)
   ☐ Assault .............. (III)              ☐ Forgery ............ (III)                 ☐ Motor Carrier Act .......... (IV)
   ☐ Burglary ............ (IV)                ☐ Counterfeiting ......... (III)             ☐ Selective Service Act ........ (IV)
   ☐ Larceny and Theft ..... (IV)              ☐ Sex Offenses ......... (II)                ☐ Obscene Mail .......... (III)
   ☐ Postal Embezzlement .... (IV)             ☐ DAPCA Marijuana ........ (III)             ☒ Other Federal Statutes ...... (III)
   ☐ Other Embezzlement .... (III)             ☐ DAPCA Narcotics ........ (III)             ☐ Transfer of Probation Jurisdiction . (V)

10) List the statute of each of the offenses charged in the indictment or information.

18 U.S.C.§ 666

*Jacqueline Stern*
Jacqueline Stern
Assistant United States Attorney

(Revised 12/99)