# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 7 - 2, 4 | DATE | 1/17/2008 |
| CASE TITLE | USA vs. Michael Krol, Leo Langley | | |

**DOCKET ENTRY TEXT**

Arraignment held as to Defendants Michael Krol, Leo Langley. Defendants pleads not guilty to each charge of each count of the Indictment. Rule 16.1 conference to be held by 02/07/08. Pretrial motions to be filed by 03/07/08. Responses to the pretrial motions are to be filed by 02/26/06. Status hearing set for 03/21/08 at 10:00 a.m. In the interest of justice, the Government's oral motion to exclude time through and including is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. Government's oral motion for entry of protective order is granted. The Government and Defendants Michael Krol and Leo Langley agree on conditions of release. Enter Order Setting Conditions of Release. Defendants are ordered released after processing.     (X-T)

■ [ For further detail see separate order(s).]                                           Docketing to mail notices.

00:10

|  | Courtroom Deputy Initials: | maw |
|---|---|---|