## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 7 - 2,4 | **DATE** | 1/23/2008 |
| **CASE TITLE** | USA vs. Michael Krol, Leo Langley | | |

**DOCKET ENTRY TEXT**

The Court's order dated 01/17/08 [16] is amended to state the following: Arraignment held. Defendants Michael Krol and Leo Langley plead not guilty to each charge of each count of the Indictment. Rule 16.1 conference to be held by 02/07/08. Pretrial motions to be filed by 03/07/08. Responses to the pretrial motions are to be filed by 03/27/08. Status hearing set for 04/02/08 at 9:30 a.m. In the interest of justice, the Government's oral motion to exclude time through and including 04/02/08 is granted pursuant to 18 U.S.C. § 3161(h)(8)(A)(B) without objection. The Government and defendants Michael Krol and Leo Langley agree on conditions of release. Enter Order Setting Conditions of Release. Defendants are ordered released after processing.      (X-T)

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|