# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 7-**2** | **DATE** | 4/24/2008 |
| **CASE TITLE** | USA vs. Michael Krol | | |

**DOCKET ENTRY TEXT**

Change of Plea hearing held as to defendant Michael Krol. Defendant enters plea of guilty as to Count Three of the Indictment. Judgment of guilty entered. Enter Plea Agreement. Cause is referred to the U.S. Probation Office for the preparation of a presentence investigation report (PSR). Any objections or corrections to the PSR must be filed in writing with the Clerk of the Court and a courtesy copy provided to chambers on or before 07/16/08. Failure to file written objections to the calculations of the offense level and criminal history category in the PSR by 07/16/08 will be deemed as a waiver of any objections to the PSR's calculations. The parties are further given leave until 07/16/08 to submit to the Court any other sentencing position papers. Sentencing is set for 07/23/08 at 11:15 a.m. Conditions of release are to stand until further order of the Court.

Docketing to mail notices.

00:35



| | Courtroom Deputy Initials: | maw |
|---|---|---|