UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CR 007-02 |
| | ) | |
| vs. | ) | **Honorable Samuel Der-Yeghiayan** |
| | ) | **Judge Presiding** |
| Michael Krol, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

To:   Assistant U.S. Attorney
      Jacqueline O. Stern
      219 S. Dearborn St.
      5th Floor
      Chicago, IL 60604

   **PLEASE TAKE NOTICE THAT** on July 16, 2008 we caused to be filed with the Clerk of the United States Court via electronic filing, Defendant Michael Krol's Sentencing Memorandum.

                              Respectfully submitted,


                              /s/ Richard C. Leng
                              Richard C. Leng
                              One of the Attorneys for Michael Krol

Law Offices of Richard C. Leng
330 W. Main St
Barrington, IL 60010
(847) 381-6041

Carponelli & Krug
Stephen P. Carponelli
Ross Carponelli
Carponelli & Krug
230 West Monroe, Suite 250
Chicago, Illinois 60606
(312) 372-2707